TEMPLE TERRACE ASSETS COMPANY, INC., Appellant, v. BURDETTE C. SQUIRE, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Respondent, v. ROCHESTER FRUIT AND VEGETABLE COMPANY, INC., Appellant.— Appeal dis-. missed, unless appellant shall file and serve printed records and briefs by February twelfth. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

FRANK ANTHONY, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

BURT A. SMITH, Appellant, v. GLENN E. NYE and Another, Respondents.— Judgment affirmed, with costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Estate of MILTON J. HOFFMAN, Deceased.— Order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Estate of MILTON J. HOFFMAN, Deceased.— Appeal from restraining order dismissed, without costs, it appearing that the order appealed from was entered by consent. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

CARRIE COLLINS, as Administratrix, etc., of FRANCIS L. COLLINS, Deceased, Appellant, v. NIAGARA JUNCTION RAILWAY COMPANY, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

FRED G. BURTON, Respondent, v. GRACE E. BURTON, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

WILLIAM S. RHODES, Appellant, v. LITTLE FALLS DAIRY COMPANY, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted and question for review certified. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

FRANK L. DEL VECCHIO, Respondent, v. AUGUST MYERS and Others, Appellants.— Motion for amendment of order entered September 22, 1930, so as to provide that the costs to be paid as a condition of serving an amended answer shall be the costs accrued to the date of the order appealed from, denied, without costs. The costs imposed as terms will, of course, include only one bill of costs on the judgment and not the costs of the appeal. The time within which appellants may pay such costs and serve an amended answer is extended to and including February 2, 1931. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

CHRISTIAN SAUTTER, JR., Respondent, v. JOHN C. FULMER and Others, Appellants.— Motion for leave to appeal to Court of Appeals granted, and questions for review certified. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

W. STRONG CLOHER and Another, as Executors, etc., of WILLIAM H. CLOHER, Deceased, Respondents, v. JOHN C. FULMER and Others, Appellants.— Motion for leave to appeal to Court of Appeals granted and questions for review certified. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.